UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

RODNEY THOMAS,
aka "Jamaica,"

Defendant.

No. 26-cr-732-ODW

[PROPOSED] ORDER CONTINUING POST-INDICTMENT ARRAIGNMENT

**[PROPOSED] Post-Indictment Arraignment Date:** November 20, 2026, at 11:30 a.m.

The Court has read and considered the Stipulation Regarding a Request for Continuance of the post-indictment arraignment. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the post-indictment arraignment to November 20, 2026, at 11:30 a.m.

//

THEREFORE, FOR GOOD CAUSE SHOWN:

1. Defendant's post-indictment arraignment is continued from November 13, 2026, to November 20, 2026, at 11:30 a.m.

IT IS SO ORDERED.

______________________________
DATE

______________________________
THE HONORABLE
UNITED STATES MAGISTRATE JUDGE

Presented by:

*/s/*
JING YAN
Assistant United States Attorney